## Commonwealth *v.* Fritz, Appellant.

Before GRIFO, J., without a jury.

Argued September 13, 1974. *David F. Dunn,* with him *Huston and Dunn,* for appellant; *Salvador J. Salazar,* Assistant District

732

Attorney, with him *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.